UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RICHARD BIGI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:11-cv-00276-BAE-GRS |
| ) | ORDER FOR DISMISSAL |
| ASSET RECOVERY SOLUTIONS, LLC, ) | OF CASE WITH PREJUDICE |
| and THE BUREAUS, INC., and ) | |
| BUREAUS INVESTMENT GROUP ) | |
| PORTFOLIO NO. 15, LLC., ) | |
| ) | |
| Defendants. ) | |

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

_____
JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE